IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., et al.          :
                                   :
         vs.                       :     CIVIL ACTION NO. 05-6792
                                   :
TOYS "R" US, INC., et al.          :

## ORDER

AND NOW, this 9th day of August, 2010, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[x]  -  Other: <u>pending settlement</u>

it is
         **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
ANITA B. BRODY, J.

Civ. 13 (8/80)