# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BABYAGE.COM, INC., et al.,<br>  Plaintiffs, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 05-6792 |
| TOYS "R" US, INC., et al.,<br>  Defendants. | : <br> : <br> : | |

| | | |
|---|---|---|
| HEIDI HUMPHRIES d/b/a MOTHER'S<br>MILK BREASTFEEDING SUPPLIES,<br>  Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 09-6049 |
| TOYS "R" US, INC., et al.,<br>  Defendants. | : <br> : | |

## ORDER

**AND NOW**, this _3RD__ day of November 2010, it is **ORDERED** that a telephone status conference will be held **December 6, 2010** at **9:30 a.m.** Mr. Kendall Zylstra is directed to coordinate all counsel and to then call Chambers at (215) 597-3978.

                                                                s/Anita B. Brody
                                                   _____
                                                         ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: