**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| REAL LAGER, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:06-cv-962-JEC |
| THE BABY CLUB OF AMERICA, INC., et al, | |
| Defendants. | |

## JUDGMENT

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of Plaintiff's Motion to Compel Arbitration, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Defendants are ordered to submit to arbitration according to the terms of the Agreement.

Dated at Atlanta, Georgia, this 20th day of November, 2006.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Denise D. Morris
      Deputy Clerk

Entered in the Clerk's Office
  November 21, 2006
James N. Hatten
Clerk of Court

By:  s/ Denise D. Morris
        Deputy Clerk