EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


BABYAGE.COM, INC., et al,        )   05-CV-6792
                                 )
        Plaintiffs,              )
                                 )
    vs.                          )
                                 )
TOYS "R" US, INC., d/b/a         )
BABIES "R" US, et al,            )   Philadelphia, PA
                                 )   October 7, 2009
        Defendants.             )   10:14 a.m.


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE ANITA B. BRODY
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Plaintiffs          PETER R. KOHN, ESQUIRE
Babyage.com, Inc.,          BERGER & MONTAGUE, P.C.
et al:                      1622 Locust Street
                            Philadelphia, PA   19103


                            KENDALL S. ZYLSTRA, ESQUIRE
                            FARUQI & FARUQI, LLP
                            2600 Philmont Avenue
                            Suite 324
                            Huntingdon Valley, PA   19006


For the Defendants          MARK L. WEYMAN, ESQUIRE
Toys "R" Us, Inc.,          REED, SMITH, LLP
and Babies "R" Us,          599 Lexington Avenue
Inc.:                       New York, NY   10020


For the Defendant           MARGARET M. ZWISLER, ESQUIRE
Britax Child Safety,        LATHAM & WATKINS, LLP
Inc.:                       555 11th Street NW
                            Suite 1000
                            Washington, DC  20004

APPEARANCES:                  (continued)


For the Defendant         ROGER A. RAIMOND, ESQUIRE
MacLaren USA, Inc.:       ROBINSON, BROG, LEINWAND, GREENE,
                          GENOVESE & GLUCK, PC
                          1345 Avenue of the Americas
                          New York, NY   10105


For the Defendant         GEORGE G. GORDON, ESQUIRE
Medela, Inc.:             JOSEPH A. TATE, ESQUIRE
                          DECHERT, LLP
                          Cira Centre
                          2929 Arch Street
                          Philadelphia, PA  19103


For the Defendant         DAVID R. MARTIN, ESQUIRE
Regal Lager, Inc.:        D.R. MARTIN, LLC
                          5200 Peachtree Road
                          Suite 3116
                          Atlanta, GA  30341
                          (via telephone)


For the Defendant         NEIL E. McDONELL, ESQUIRE
Baby Bjorn, AB:           DORSEY & WHITNEY, LLP
                          250 Park Avenue
                          New York, NY  10177


For the Defendant         KENDALL MILLARD, ESQUIRE
Peg Perego U.S.A.,        BARNES & THORNBURG, LLP
Inc.:                     11 South Meridian Street
                          Indianapolis, IN  46204


Audio Operator:           JAMES F. G. SCHEIDT


Transcribed by:           DIANA DOMAN TRANSCRIBING
                          P.O. Box 129
                          Gibbsboro, New Jersey  08026-0129
                          Office:   (856) 435-7172
                          Fax:      (856) 435-7124
                          E-mail:   dianadoman@comcast.net


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

1          (The following status conference was held in

2     chambers at 10:14 a.m.)

3                (Tape inaudible briefly.)

4          THE COURT:  Really?  Why not, do you know?

5          MR. KOHN:  Well, our -- our clients have not yet

6     authorized us to initiate arbitration as to Regal Lager.  We

7     have Baby Bjorn here in this case.  The sales of Regal Lager

8     products are the very same sales that Baby Bjorn is

9     responsible for.  We have no obligation to arbitrate as to

10    Baby Bjorn, and -- and that's the reason.

11         THE COURT:  Okay.  Do you hear that?  How about --

12    how about -- and how about in the big case?

13         MR. MARTIN:  I'm sorry.  I'm not in the --

14         THE COURT:  McDonough --

15         MR. MARTIN:  -- case?  Well, the status of -- well,

16    I'm not sure of the question.  I mean, we're subject to the

17    certification order like the other defendants.  And I believe

18    that the next major item on the schedule is expert

19    disclosures.

20         THE COURT:  Okay.  That's correct.  Okay.  I just

21    wanted to make sure while you're on the phone that you're on

22    -- that you're on all fours with where I am.  Okay?

23         MR. MARTIN:  Okay.

24         THE COURT:  The only other thing I'm going to do is,

25    I'm going to give you a trial -- everybody a trial date now so