**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Babyage.com, Inc. and The Baby Club Of America, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Toys "R" Us, Inc., d/b/a Babies "R" Us, Toys "R" Us- Delaware, Inc., Baby Bjorn, AB, Britax Child Safety, Inc. Kids Line, LLC, MacLaren USA, Inc., Medela, Inc., Peg Perego U.S.A., Inc., and Regal Lager, Inc.,<br><br>Defendants. | C.A. No. 2:05-06792-AB |

**ORDER**

AND NOW, this ___ day of _____, 20__, it is ORDERED that defendant Regal Lager, Inc.'s motion to dismiss as to Regal Lager, Inc. for failure to prosecute and comply with court order is **GRANTED**. The action against Regal Lager is dismissed with prejudice. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay and the clerk is directed to enter this order as a final judgment as to the action against Regal Lager.

_____
Anita B. Brody J.
Judge, U.S. District Court for
the Eastern District of Pennsylvania