### *D. R. Martin, LLC*
*Attorney At Law*
*5200 Peachtree Road, Suite 3116*
*Atlanta, Georgia, U.S.A. 30341*
*Telephone (770) 454-1999*
*Facsimile (770) 458-5709*
*E-mail:* dmartin@abogar.com

**David Martin\***
*\*admitted in FL, GA, PR, TX,*
*CO (inactive) & DC (inactive)*

November 23, 2010

**U.S. PRIORITY MAIL**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 7613
Philadelphia, PA 19106
(267) 299-7431

    RE:  Babyage.com, Inc. et al v. Toy's 'R' Us, Inc., et al.
    Civil Action No. 2: 05-06792 (U.S.D.C. E.D. Pa.)

Dear Judge Brody:

  Many greetings and hopes that you are well.  Enclosed are two copies of **Regal Lager, Inc.'s Motion to Dismiss Action as to Regal Lager, Inc. for Failure to Prosecute and Comply with Court Order** along with a supporting brief and proposed order.

  The Court's courtesy and attention are always appreciated.

  Yours truly,


  David Martin


Encls.
DRM:mm
cc:  Law Clerk to Judge Anita B. Brody (w/ encls.)
cc:  All counsel of record in Case No. 2:05-06792 via ECF.