**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Babyage.com, Inc. and The Baby Club Of America, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Toys "R" Us, Inc., d/b/a Babies "R" Us, Toys "R" Us- Delaware, Inc., Baby Bjorn, AB, Britax Child Safety, Inc. Kids Line, LLC MacLaren USA, Inc., Medela, Inc., Peg Perego U.S.A., Inc., and Regal Lager, Inc.,<br><br>Defendants. | C.A. No. 2:05-06792-AB |

**STIPULATION AND ORDER ALLOWING TEN-DAY EXTENSION
FOR PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS ACTION
AS TO REGAL LAGER, INC. FOR FAILURE
TO PROSECUTE AND COMPLY WITH A COURT ORDER**

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel that plaintiffs Babyage.com, Inc. and The Baby Club of America, Inc. shall have a ten-day extension of time to file a response to the Motion to Dismiss Action as to Regal Lager, Inc. for Failure to Prosecute and Comply With a Court Order (Doc. 590, filed Nov. 23, 2010). The new deadline will be Friday, December 24, 2010.


DATED: December 7, 2010


s/_____

Kendall Zylstra
Faruqi & Faruqi, LLP
101 Greenwood Avenue
Suite 600

s/_____
David Martin

D.R. MARTIN, LLC
5200 Peachtree Road
Suite 3116

Jenkintown, PA  19046
Email:  kzylstra@faruqilaw.com
Tel (215) 277-5770
Fax (215) 277-5771

s/_____
Eric Cramer
Berger & Montague PC
1622 Locust St.
Philadelphia, PA  19103
Email:  ecramer@bm.net
Tel (215) 875-3000
Fax (215) 875-4604

*Counsel  for Plaintiffs Babyage.com, Inc. and
The Baby Club of America, Inc.*

Atlanta, GA 30341
Email:  dmartin@abogar.com
Tel (770) 454-1999
Fax (770) 458-5709

Admitted pro hac vice

*Counsel for Defendant Regal Lager, Inc.*

SO ORDERED:


_____
Anita B. Brody, U.S.D.J.