IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BABYAGE.COM, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BABY BJORN, AB, et al. | : | NO.  05-6792 |

## SEVENTH AMENDED SCHEDULING ORDER

**AND NOW**, this   7th    day of  December, 2010,

**IT IS ORDERED** that the court's order (Document No. 558) is **AMENDED** as follows:

1.  Pretrial timetable:

- End of expert discovery  **February 15, 2011**.

- Dispositive motions due normally  **March 1, 2011.**

- Exchange of exhibits due  **March 15, 2011.**

- Plaintiff's pre-trial memorandum due:  **March 15, 2011.**

- Defendant's pre-trial memorandum due:  **March 29, 2011.**

- All motions in limine due:  **March 29, 2011.**

- Pre-trial hearing, such as Markman or Daubert, will be scheduled if needed.

- After all dispositive motions have been decided or the time for filing dispositive motions has elapsed, the parties will be given notice of a Final Pre-Trial Conference.

2. This case will commence **TRIAL** on **May 16, 2011** at **10:00 a.m.**, (back-up to a second week of a criminal trial)  to be held  in Courtroom 7-B on the 7th Floor.  A **Final Pretrial Conference** will be held on **May 3, 2011** at **10:00 a.m.** in Chambers, Room 7613 on the 7th Floor.

3.  In addition to the above, in a jury trial, each party shall submit with the pretrial memoranda:

   (a)  a trial memoranda on the legal issues in the case,

    (b)  proposed <u>voir</u> <u>dire</u> questions (**limited to 15 questions**),

    (c)  proposed jury instructions (one point per page).  Failure to submit proposed jury instructions may result in the forfeiture of a right to object to omissions in the jury charge, and

    (d)  proposed jury verdict sheet and special interrogatories.

4. In preparation for the final pretrial conference, counsel are expected to communicate with each other on the following matters in an effort to reach agreement.  At the final pre-trial conference, counsel must be prepared to present a report on the following matters:

  (a)   agreed to and disputed facts;

  (b)  objections to any proposed witnesses;

  (c)  objections to any proposed exhibits (including objections to genuineness and authenticity);

  (d)  objections to any depositions to be read at trial;

  (e)  disputed legal issues;

  (f)   amendments to pleadings;

  (g)  stipulated to and disputed points for charge;

  (h)  verdict sheet and special interrogatories; and

  (i)   number of days required for trial.

5. **If you fail to object to proposed voir dire questions, exhibits or witnesses prior to trial, then you have waived any objection.**

6. Throughout the course of the litigation, counsel shall provide the courtroom deputy clerk, Jim Scheidt, with current telephone and FAX numbers(s).

                          s/Anita B. Brody

                          _____
                          Anita B. Brody,    J.

Chambers Fax: 215-580-2356

                          **XC: Magistrate David R. Strawbridge**

COPIES VIA ECF  on  _____to:   COPIES MAILED on _____ to