IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al.,<br><br>    Plaintiffs,<br>v.<br><br>TOYS "R" US, INC., et al.,<br><br>    Defendants. | Civil Action No. 05-6792 |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

 Please take notice that the undersigned, a member of the bar of the United States District Court for the Eastern District of Pennsylvania, hereby enters her appearance on behalf of:

 Babyage.com, Inc.

 The Baby Club of America, Inc.

Dated: December 14, 2010

            By: /s/ Jennifer MacNaughton_____
              Jennifer MacNaughton
              BERGER & MONTAGUE, P.C.
              1622 Locust Street
              Philadelphia, PA 19103
              Tel: (215) 875-3000
              Fax: (215) 875-4604
              Email: jmacnaughton@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010, I caused to be electronically filed the foregoing Entry of Appearance with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

/s/ Jennifer MacNaughton
Jennifer MacNaughton