DEC 16

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TOYS "R" US, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No. 05-cv-06792-AB |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that, in accordance with Federal Rule of Civil Procedure 41(a)(2), each and every claim against Maclaren USA, Inc. is dismissed with prejudice and without costs to any party.

Dated: December 14, 2010

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.

s/ _____
Roger Raimond
875 Third Avenue, Ninth Floor
New York, NY 10022
(212) 603-6340

*Attorneys for Maclaren USA, Inc.*

SO ORDERED:

_____
U.S.D.J.
12/20/10

FARUQI & FARUQI, LLP

s/ _____
Kendall S. Zylstra, Esq.
Peter R. Kohn, Esq.
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
(215) 277-5770

BERGER & MONTAGUE, PC

s/ _____ /KSZ
Eric L. Cramer, Esq.
1622 Locust Street
Philadelphia, PA 19103
(215) 875 - 3000

*Attorneys for Plaintiffs*

Copies via ECF on ___   Copies via US Mail on ___