THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., et al.,<br><br>Defendants. | Civil Action No. 05-cv-06792-AB |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that, in accordance with Federal Rule of Civil Procedure 41(a)(2), each and every claim against Medela, Inc. is dismissed with prejudice and without costs to any party.

Dated: December 23, 2010

DECHERT

s/ Carolyn Hazard Feeney
Carolyn Hazard Feeney
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
(215) 994-4000

*Attorneys for Medela, Inc.*

SO ORDERED:

_____
U.S.D.J.

FARUQI & FARUQI, LLP

s/ Kendall S. Zylstra
Kendall S. Zylstra, Esq.
Peter R. Kohn, Esq.
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
(215) 277-5770

BERGER & MONTAGUE, PC

s/ Eric L. Cramer /KSZ
Eric L. Cramer, Esq.
1622 Locust Street
Philadelphia, PA 19103
(215) 875 - 3000

*Attorneys for Plaintiffs*

Copies via ECF on ___ Copies via US Mail on ___

US_ACTIVE-104782188.1