THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., et al., <br><br> Defendants. | Civil Action No. 05-cv-06792-AB |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that, in accordance with Federal Rule of Civil Procedure 41(a)(2), each and every claim against Britax Child Safety, Inc. is dismissed with prejudice and without costs to any party.

Dated: December 29, 2010

LATHAM & WATKINS LLP

s/ Margaret M. Zwisler / yd
Margaret M. Zwisler
555 11th Street, N.W., Suite 1000
Washington, D.C. 20004
(202) 637-2200

*Attorneys for Britax Child Safety, Inc.*

SO ORDERED:

_____
U.S.D.J.
Dec. 29, 2010
For Hon. Anita Brody

FARUQI & FARUQI, LLP

s/ Kendall S. Zylstra
Kendall S. Zylstra, Esq.
Peter R. Kohn, Esq.
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
(215) 277-5770

BERGER & MONTAGUE, PC

s/ Eric L. Cramer / ksz
Eric L. Cramer, Esq.
1622 Locust Street
Philadelphia, PA 19103
(215) 875 - 3000

*Attorneys for Plaintiffs*