THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., et al., <br><br> Defendants. | Civil Action No. 05-cv-06792-AB |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that, in accordance with Federal Rule of Civil Procedure 41(a)(2), each and every claim against Baby Bjorn AB only is dismissed with prejudice and without costs to any party.

Dated: December 27 2010

DORSEY & WHITNEY

s/ Neil E. McDonnell
Neil E. McDonnell, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

*Attorneys for Baby Bjorn AB*

SO ORDERED:

_____
U.S.D.J.
Dec. 29, 2010
For Hon. Anita Brody

FARUQI & FARUQI, LLP

s/ Kendall S. Zylstra
Kendall S. Zylstra, Esq.
Peter R. Kohn, Esq.
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
(215) 277-5770

BERGER & MONTAGUE, PC

s/ Eric L. Cramer /KSZ
Eric L. Cramer, Esq.
1622 Locust Street
Philadelphia, PA 19103
(215) 875 - 3000

*Attorneys for Plaintiffs*