**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BABYAGE.CO , INC., et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TOYS "R" US, INC., et al.** | : | **No. 05-6792** |

---

| | | |
|---|---|---|
| **HEIDI HUMPHRIES** | : | **CIVIL ACTION** |
| **D/B/A Mother's Milk Breastfeeding Supplies** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TOYS "R" US, INC.** | : | **No. 09-6049** |
| **D/B/A Babies "R" Us, et al.** | | |

**O R D E R**

        **AND NOW, this**     3rd       day of   January , 2011,  **IT IS ORDERED** that

a **STATUS CONFERENCE** will be held on **Monday, January 10, 2011** at **2:00 p.m**. in

Chambers, Room 7613 on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia,

PA.

ATTEST
BY:                                          or              BY THE COURT


        s/Marie O'Donnell
_____              _____
Civil Deputy/Secretary                          Anita B. Brody,        J.



COPIES VIA ECF ON        TO:      COPIES MAILED ON      TO: