IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Babyage.com, Inc. and The Baby Club Of America, Inc.,<br><br>          Plaintiffs,<br><br>v.<br><br>Toys "R" Us, Inc., d/b/a Babies "R" Us, Toys "R" Us- Delaware, Inc., Baby Bjorn, AB, Britax Child Safety, Inc. Kids Line, LLC, MacLaren USA, Inc., Medela, Inc., Peg Perego U.S.A., Inc., and Regal Lager, Inc.,<br><br>          Defendants. | C.A. No. 2:05-06792-AB |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, this 3rd day of January, 2011, it is ORDERED by consent of the Plaintiffs and Regal Lager, Inc. that defendant Regal Lager, Inc. ("Regal Lager") is hereby dropped as a party defendant, and the above action against Regal Lager is dismissed with prejudice, the Plaintiffs and Regal Lager, Inc. to bear their own attorneys' fees, costs and expenses. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay and the Clerk is directed to enter final judgment as to the action against Regal Lager.

_____
Anita B. Brody J.
Judge, U.S. District Court for
the Eastern District of Pennsylvania

Consented to by:

**D.R. MARTIN, LLC**

By: s/ *David R. Martin/KSZ*
David R. Martin
5200 Peachtree Road, Suite 3116
Atlanta, Georgia 30341
(770) 454-1999
(770) 458-5709 (fax
Email: dmartin@abogar.com
Admitted *pro hac vice*
Counsel for Regal Lager, Inc.

Dated: January 3 , 2011
KSZ

Consented to by:

**FARUQI & FARUQI, LLP**

By: Ken Zylstra (Pa. I.D. 64006)
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Fax: (215) 277-5771
Email: kzylstra@faruqilaw.com

**BERGER & MONTAGUE, P.C.**

By: Eric J Cramer /KSZ
Eric L. Cramer (Pa. I.D. 69289)
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)
Email: ecramer@bm.net

*Attorneys for Plaintiffs Babyage.com, Inc.
And The Baby Club of America, Inc.*

Dated January 3 2011
KSZ