# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Babyage.com, Inc. and The Baby Club Of America, Inc. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Toys "R" Us, Inc., d/b/a Babies "R" Us, ) <br> Toys "R" Us- Delaware, Inc., Baby Bjorn, ) <br> AB, Britax Child Safety, Inc. Kids Line, LLC,) <br> MacLaren USA, Inc., Medela, Inc., ) <br> Peg Perego U.S.A., Inc., and Regal Lager, ) <br> Inc., ) <br> ) <br> Defendants. ) | C.A. No. 2:05-06792-AB |

## FINAL JUDGMENT

After entry of the consent order submitted by the Plaintiffs and Regal Lager, Inc., it is

ORDERED AND ADJUDGED that the action against Regal Lager, Inc. is hereby dismissed with prejudice, the Plaintiffs and Regal Lager, Inc. to bear their own attorneys' fees, costs and expenses.

Date this ___ day of _____, 201_.

Anita B. Brody J.
Judge, U.S. District Court for
the Eastern District of Pennsylvania