THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., et al.,<br><br>    Defendants. | Civil Action No. 05-cv-06792-AB |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the undersigned parties that, in accordance with Federal Rule of Civil Procedure 41(a)(2), each and every claim against Toys "R" Us, Inc., Toys "R" Us-Delaware, Inc., and Babies "R" Us, Inc. is dismissed with prejudice and without costs to any party.

Dated: January 5, 2011

REED SMITH LLP

s/ *[signature]*
Melissa Rubenstein, Esq.
1650 Market Street
2500 One Liberty Place
Philadelphia, PA 19103
(215) 241-1221

*Attorneys for Defendants Toys "R" Us, Inc., Babies "R" Us, Inc. and Toys "R" Us-Delaware, Inc.*

SO ORDERED:

*[signature]*
U.S.D.J.   7/5/11

FARUQI & FARUQI, LLP

s/ *[signature]*
Kendall S. Zylstra, Esq.
Peter R. Kohn, Esq.
101 Greenwood Avenue
Suite 600
Jenkintown, PA 19046
(215) 277-5770

BERGER & MONTAGUE, P.C.

s/ *[signature]* /KSZ
Eric L. Cramer, Esq.
1622 Locust Street
Philadelphia, PA 19103
(215) 875 - 3000

*Attorneys for Plaintiffs*

Copies via ECF on ____   Copies via US Mail on ____

US_ACTIVE-104782115.1