**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BABYAGE.COM, INC., et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC., et al.** | : | No. 05-6792 |

| | | |
|---|---|---|
| **HEIDI HUMPHRIES d/b/a MOTHER'S MILK** | : | **CIVIL ACTION** |
| **BREASTFEEDING SUPPLIES** | : | |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC., d/b/a BABIES "R" US;** | : | No. 09-6049 |
| **INC.; TOYS "R" US-DELAWARE, INC.;** | : | |
| **and MEDELA, INC.** | | |

**O R D E R**

 **AND NOW, this**   5th   day of  January , 2011,  **IT IS ORDERED** that the **STATUS CONFERENCE** scheduled for **Monday, January 10, 2011** at **2:00 p.m.** is canceled.

ATTEST
BY:                                                                    or           BY THE COURT

     s/Marie O'Donnell
_____                    _____
Civil Deputy/Secretary                                                              Anita B. Brody,          J.

COPIES VIA ECF ON          TO:          COPIES MAILED ON          TO: