**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BABYAGE.COM, INC., et al.,<br>    Plaintiffs,<br><br>             v.<br><br>TOYS "R" US, INC., et al.,<br>    Defendants. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 05-6792<br>:<br>:<br>: |

## ORDER

**AND NOW**, this _4TH___ day of January 2011, it is **ORDERED** as follows:

- The Clerk of Court shall **REMOVE** the above-captioned case from Civil Suspense.[1]

- Plaintiffs' Motion for a Joint Trial (Doc. 585) is **DENIED** as moot.[2]

- Defendant Regal Lager's Motion to Dismiss for Lack of Prosecution (Doc. 590) is **DENIED** as moot.  *See* Docs. 602-603.


                                                         s/Anita B.Brody
                                                    _____
                                                    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to:

---

[1] The Seventh Amended Scheduling Order (Doc. 594) states current deadlines.

[2] Only one Defendant remains in this action.