## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BABYAGE.COM, INC., et al., | : | |
| Plaintiffs. | : | |
|  | : | CIVIL ACTION |
| v. | : | |
|  | : | NO. 05-6792 |
| TOYS "R" US, INC., et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this _13TH_ day of January 2011, Defendant Peg Perego U.S.A., Inc. is **ORDERED** to show cause by **January 20, 2011** why Defendants' Motion to Exclude Previously Undisclosed Damages (Doc. 574) should not be denied as moot.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: