## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BABYAGE.COM, INC., et al., | Civil Action No. 05-6792 |
| Plaintiffs, |  |
| v. |  |
| TOYS "R" US, INC., et al., |  |
| Defendants. |  |

## O R D E R

AND NOW, this _____ day of March, 2011, it is hereby ORDERED that the application of Aaron M. Staser, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____     GRANTED

_____     DENIED


_____
Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Civil Action No. # 05-06792**

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I.   APPLICANT'S STATEMENT

    I, Aaron M. Staser, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| Indiana | 10/18/2004 | 25111-82 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification No.) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions*:

| N.D. Indiana | 10/18/2004 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |

| S.D. Indiana | 10/18/2004 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |

| Fed. Cir. Court of Appeals | 10/22/2007 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |

| Third Cir. Court of Appeals | 11/06/2009 | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification No.) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Defendant Peg Perego U.S.A., Inc.

Aaron Staser

_____3 / 1 / 11_____
Date

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
(317) 236-1313

Sworn to and subscribed before me this
1st day of March, 2011

Notary Public

KAREN E. WENGER, Notary Public
My Commission Expires 3-12-2016
County of Marion

II.   SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Aaron M. Staser to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I known (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Ralph J. Kelly, Esquire_____      _____      04/18/1984_____      #39706_____
Sponsor's Name      Sponsor's signature      Admission Date      Attorney I.D. No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

McShea Tecce, P.C.
Bell Atlantic Tower
28th Floor, 1717 Arch Street
Philadelphia, PA 1903
215-599-0800

Sworn to and subscribed before me this
__1st__ day of March, 2011

_Marianne Scully_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARIANNE SCULLY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 21, 2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BABYAGE.COM, INC., et al., | Civil Action No. 05-6792 |
| Plaintiffs, | |
| v. | |
| TOYS "R" US, INC., et al., | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, a copy of the attached Order and Application to Practice Pursuant to Local Rule of Civil Procedure 83.5.2(b) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Signature of Attorney

Ralph J. Kelly, Esquire
Name of Attorney

Defendant Peg Perego U.S.A., Inc.
Name of Moving Party

March 1, 2011
Date

INDS02 ASTASER 1154759v1