IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., et al.,<br><br>        Defendants. | Civil Action No. 05-6792 |

**ORDER**

AND NOW, this 18th day of March, 2011, it is hereby ORDERED that the application of Aaron M. Staser, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

   ✓    GRANTED

_____ DENIED

_/s/ Anita B. Brody_
Judge ANITA B. BRODY, J.

Copies via ECF on _____ Copies via US Mail on _____