# Yossi Zarfati

701 MULBERRY PLACE
NORTH WOODMERE, NY 11581
TEL: 212-692-8788
CELL: 917-873-9791
email: zarfo27@hotmail.com

June 3, 2011

United States District Court
For the Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania 19106
Attn: **Kirk Kopacz – Rm. 2609**

Re: Babyage.com, Inc. et al. v. Toys "R" Us, et al,; 2:05-cv-06792-AB
McDonough et al. v. Toys "R" Us, et al.; 2:06-cv-00242-AB

**Objection of Yossi Zarfati, Settlement Subclass Representative of the Subclass**

Dear Judge Brody,

Attached hereto is the Exhibit A, which was inadvertently left off the Objection I filed with respect to the incentive award amount to be awarded to myself and fellow class representatives in the above referenced case. Kindly file the same as an attachment/exhibit with the Court.

A copy of the enclosed has been mailed to Co Lead counsel for the Plaintiff and Counsel for the Defendants as indicated below. I do not seek permission to speak at the fairness hearing.

Please feel free to contact me should you have any questions.

Sincerely,

Yossi Zarfati

YZ/
Encls.

cc:

| | |
|---|---|
| Eugene A. Spector | Mark L. Weyman |
| SPECTOR ROSEMAN KODROFF & WILLIS, P.C. | REED SMITH LLP |
| 1818 Market Street, Suite 2500 | 599 Lexington Avenue |
| Philadelphia, PA 19103 | New York, NY 10022 |
| CO-LEAD COUNSEL FOR PLAINTIFFS AND THE SETTLEMENT SUBCLASSES | COUNSEL FOR DEFENDANTS |

# **Exhibit A**

Yossi Zarfati - McLaren Time

| Date | Time | Description |
|---|---|---|
| 10/28/06 | 40 minutes | Look for original Maclaren receipts |
| 10/27/06 | 30 minutes | calls with Scott Farrell ("SJF") |
| 10/30/06 | 30 minutes | calls re case with SJF |
| 10/31/06 | 30 minutes | calls and emails with SJF |
| 11/2/06 | 1.40 hours | Review complaint and discussion/emails w/SJF |
| 1/5/07 | 30 minutes | emails with Mary Jane Fait "(MJF)" |
| 1/7/07 | 1.00 hour | Look for receipts for Babies r Us and take pictures |
| 1/8/07 | 20 minutes | call with SJF and Theo Bell ("TB") |
| 2/5/07 | 30 minutes | various emails with SJF & TB & MJF |
| 4/16/07 | 30 minutes | various emails with MJF |
| 4/30/07 | 30 minutes | various emails with SJF |
| 5/27/07 | 2.50 hours | review and reply 3 sets of interrogatories & Reply |
| 6/28/07 | 20 minutes | conf call with SJF re verifications |
| 8/4/07 | 10 minutes | emails to attorneys |
| 11/15/10 | 2.50 hours | review notice for EBT discussion w/attorneys |
| 11/17/08 | 20 minutes | discussion with SJF |
| 11/20/08 | 1.50 hours | review ebt notice and discussions with TB |
| 12/3/08 | 3.5 hours | review memo and pleading and discussions with attorneys |

# Exhibit A

Yossi Zarfati - McLaren Time

| Date | Time | Description |
|---|---|---|
| 10/28/06 | 40 minutes | Look for original Maclaren receipts |
| 10/27/06 | 30 minutes | calls with Scott Farrell ("SJF") |
| 10/30/06 | 30 minutes | calls re case with SJF |
| 10/31/06 | 30 minutes | calls and emails with SJF |
| 11/2/06 | 1.40 hours | Review complaint and discussion/emails w/SJF |
| 1/5/07 | 30 minutes | emails with Mary Jane Fait "(MJF)" |
| 1/7/07 | 1.00 hour | Look for receipts for Babies r Us and take pictures |
| 1/8/07 | 20 minutes | call with SJF and Theo Bell ("TB") |
| 2/5/07 | 30 minutes | various emails with SJF & TB & MJF |
| 4/16/07 | 30 minutes | various emails with MJF |
| 4/30/07 | 30 minutes | various emails with SJF |
| 5/27/07 | 2.50 hours | review and reply 3 sets of interrogatories & Reply |
| 6/28/07 | 20 minutes | conf call with SJF re verifications |
| 8/4/07 | 10 minutes | emails to attorneys |
| 11/15/10 | 2.50 hours | review notice for EBT discussion w/attorneys |
| 11/17/08 | 20 minutes | discussion with SJF |
| 11/20/08 | 1.50 hours | review ebt notice and discussions with TB |
| 12/3/08 | 3.5 hours | review memo and pleading and discussions with attorneys |