# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., et al., : | |
| : | Civil Action No. 05-6792-AB |
| v. : | |
| : | |
| TOYS "R" US, INC., et al. : | |
| | |
| McDONOUGH, et al., individually and : | |
| on behalf of all others similarly situated, : | Civil Action No. 06-0242-AB |
| : | |
| v. : | |
| : | |
| TOYS "R" US, INC., et al. : | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT the address of Dorsey & Whitney LLP, counsel for Defendant BabyBjörn AB, in the above-captioned matter, has changed as of June 6, 2011 to:

Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019-6119

Dated: June 7, 2011

       /s/Neil E. McDonell
Neil E. McDonell
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Defendant BabyBjörn AB

## CERTIFICATE OF SERVICE

I, Neil E. McDonell, a partner with the law firm Dorsey & Whitney LLP, hereby certify that, on June 7, 2011, I caused a true and correct copy of the foregoing **Notice of Change of Address** dated June 7, 2011, to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF.

                                                /s/ Neil E. McDonell  
                                                  Neil E. McDonell