**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**BABYAGE.COM, INC., et al.** : **CIVIL ACTION**

                       :

                       :

     **v.** :

                       :

**TOYS "R" US, INC., et al.** : **No. 05-6792**

## O R D E R

     **AND NOW, this**    20TH    day of   June, 2011,  **IT IS ORDERED:**

•     The Civil Jury Trial scheduled for October 11, 2011 and the Final Pretrial Conference scheduled for October 5, 2011 are **CANCELED.**

•     All pretrial deadlines are **STAYED.**

•     **ORAL ARGUMENT** will be held on **Wednesday, September 14, 2011 at 10:00 a.m.,** in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.

                           BY THE COURT:

                             s/Anita B. Brody

                        _____

                        Anita B. Brody,       J.

COPIES VIA ECF ON      TO:     COPIES MAILED ON     TO: