**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BABYAGE.COM, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOYS "R" US, INC., et al. | : | No. 05-6792 |

**O R D E R**

     **AND NOW, this**  day of  June , 2011, **IT IS ORDERED** that the Court's Order (Doc. #625) is amended as follows:

- The Civil Jury Trial scheduled for **September 12, 2011** and the Final Pretrial Conference scheduled for **August 29, 2011 are CANCELED**.

The balance of the order shall remain the same.

ATTEST
BY:                                                    or            BY THE COURT

                                                  s/Anita B. Brody

_____          _____
Civil Deputy/Secretary                                  Anita B. Brody,        J.

COPIES VIA ECF ON          TO:          COPIES MAILED ON          TO: