IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BABYAGE.COM, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOYS "R" US, INC, dba Babies "R" US, et al. | : | NO. 05-6792 |

### O R D E R

AND NOW, this 5th day of May, 2015, **IT IS ORDERED** that the Clerk's Office shall **REMOVE** the above captioned case from civil suspense. It is further **ORDERED** that the case shall be closed pursuant to the parties Stipulation and ORDER of DISMISSAL WITH PREJUDICE (ECF 637).

ATTEST:                          or           BY THE COURT

BY:_____                      _____
M. O'Donnell, Civil Deputy/                   Anita B. Brody, J.
Secretary

Civ 12 (9/83)

**COPIES VIA ECF ON:**                        **COPIES VIA U.S. MAIL ON:**